6

J. C. SPRUILL v. STATE. (No. 10660.) (Court of Criminal Appeals of Texas. Nov. 24, 1926.) Appeal from District Court, Erath County; J. B. Keith, Judge. Oxford & Johnson, of Stephenville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M.

Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.